ADA L. HARRIS, as Executrix of DWIGHT M. HARRIS,
Deceased, Respondent, v. JOSEPH H. HOADLEY, Appel-
lant, Impleaded with Others.

*Harris* v. *Hoadley*, 146 App. Div. 880, affirmed.
(Argued February 3, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
July 10, 1911, affirming a judgment in favor of plaintiff
entered upon a verdict in an action to recover money
alleged to be due plaintiff's testator as assignee of a firm
of stockbrokers, arising out of certain stock transactions
for the account of an alleged pool in which the defendants
were alleged to have been interested.

*Ralph Polk Buell* and *George S. Graham* for appellant.

*Herbert C. Smyth* and *Charles C. Sanders* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK,
CUDDEBACK and HOGAN, JJ.  Absent: GRAY, J.  Taking
no part: MILLER, J.